IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CAROL HICKMAN SANDERS**                                                      **PLAINTIFF**

V.                    Case No.  5:07CV00005 BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                 **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Carol Hickman Sanders.

DATED this 6th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE